UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JENEITH SHANNON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FREEMAN LAS VEGAS,<br><br>　　　　　　　　　　Defendant. | Case No.2:14-cv-01714-GMN-PAL<br><br>**ORDER**<br>and<br>**AMENDED REPORT OF**<br>**FINDINGS AND RECOMMENDATION** |

　　　　This matter is before the court on Plaintiff Jeneith Shannon's Motion for Extension of Time to File an Amended Complaint (Dkt. #5). This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4.

　　　　Plaintiff is proceeding in this action pro se. On February 3, 2015, the court granted Plaintiff's request to proceed in forma pauperis, and it screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(a). *See* Order (Dkt. #2). The court found the complaint failed to state a claim upon which relief could be granted and permitted Plaintiff to file an amended complaint on or before March 2, 2015. Plaintiff was warned that if she failed to file an amended complaint, this case could be dismissed. Plaintiff failed to do so; thus, on March 12, 2015, the undersigned recommended dismissal of this case. *See* Report and Recommendation (Dkt. #4). The court also notified Plaintiff that she could file written objections to the recommendation within fourteen days after being served with the findings and recommendations. *Id.*

/ / /
/ / /
/ / /
/ / /

1

On March 24, 2015, Plaintiff filed a Motion for Extension of Time (First Request) to File Amended Complaint (Dkt. #5) and an Objection to Report and Recommendation (Dkt. #6).

Accordingly,

**IT IS ORDERED** that:

1. Plaintiff's Motion for Extension of Time (First Request) to File Amended Complaint (Dkt. #5) is GRANTED.

2. Plaintiff shall have until **May 10, 2015**, to file her amended complaint, if she believes she can correct the deficiencies noted in the court's February 3, 2015 Order (Dkt. #2).  The amended complaint must be a complete document in and of itself and will supersede the original complaint in its entirety.  Any allegations, parties, or requests for relief from prior papers that are not carried forward in the amended complaint will no longer be before the court.

3. Plaintiff shall clearly title the amended complaint as such by placing the words "FIRST AMENDED COMPLAINT" below the case number, **2:14-cv-01714-GMN-PAL**, on page 1 in the caption.

4. Plaintiff is expressly cautioned that if she does not timely file an amended complaint in compliance with this order, this case may be immediately dismissed.

**IT IS FURTHER RECOMMENDED** that this case be dismissed and the Clerk of Court be directed to close this case if Plaintiff fails to file an amended complaint on or before **May 10, 2015**.

Dated this 10th day of April, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**NOTICE**

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the

2

1  court. Pursuant to Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the
2  findings and recommendations of a magistrate judge shall file and serve *specific written*
3  *objections* together with points and authorities in support of those objections, within fourteen
4  days of the date of service of the findings and recommendations. The document should be
5  captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are
6  advised that failure to file objections within the specified time may waive the right to appeal the
7  district court's order. *See Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). The points and
8  authorities filed in support of the specific written objections are subject to the page limitations
9  found in LR 7-4.